UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KEVIN MCKENNEY, et al., | No. 2:24-cv-03136-TLN-SCR |
| Plaintiffs, | |
| v. | ORDER |
| JEREMY R. FRANCHINI, et al., | |
| Defendants. | |

Plaintiffs Christopher Machado and Angel Sanchez are now proceeding pro se and this matter has been referred to the undersigned for pretrial proceedings pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). *See* ECF No. 21. Plaintiff Kevin McKenney's claims have been dismissed. ECF No. 15. The Court finds it is appropriate to set a status conference in this matter. Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED** that:

1. A Status (Pretrial Scheduling) Conference is set for Thursday, **July 9, 2026 at 10:00 a.m**., at the United States District Court in Sacramento, Courtroom 27, before Magistrate Judge Riordan.

2. Not later than fourteen (14) days prior to the Status Conference, the parties shall file a joint status report addressing the following matters:

    a. The status of discovery thus far, including whether any written discovery has been

1

exchanged or depositions taken;

b.  Anticipated motions and their scheduling;

c.  Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

d.  Whether a settlement conference should be scheduled;

e.  Whether the parties will stipulate to the magistrate judge assigned to this matter acting as a settlement judge and waiving disqualification by virtue of his so acting, or whether they prefer to have a settlement conference before another judge;

f.  The anticipated time required for trial, and potential dates for a final pretrial conference and trial; and

g.  Any other matters that may add to the just and expeditious disposition of this matter.

3.  If the parties cannot agree on a joint status report, the parties may file individual status reports and explain therein why they were unable to submit a joint report.

IT IS SO ORDERED.

DATED: June 2, 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2