UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MCKENNEY, et al., Plaintiffs, v. JEREMY FRANCHINI, et al., Defendants. | No. 2:24-cv-03136-TLN-SCR **ORDER** |

Plaintiffs are proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On August 3, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 31.) Neither party has filed objections to the findings and recommendations.

Although it appears that Plaintiff Sanchez's copy of the findings and recommendations was returned, Plaintiff Sanchez was properly served. Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address. E.D. Cal. L.R. 182(f). Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The court has reviewed the file and finds the findings and recommendations to be

supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 3, 2026 (ECF No. 31) are ADOPTED in full;

2. Plaintiff Sanchez's claims are dismissed without prejudice for failure to prosecute; and

3. The Clerk is directed to enter Judgment and close this case.

IT IS SO ORDERED.

DATE: November 4, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE